SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone: (415) 436-6816
  Facsimile:  (415) 436-6748
  email:     stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  C 07-1702 TEH |
| Plaintiff, | |
| v. | STIPULATION REQUESTING STAY OF FORFEITURE PROCEEDINGS |
| $20,000 IN UNITED STATES CURRENCY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and

prospective claimant Thomas Kelly, through undersigned counsel, that this action be stayed pursuant to

18 U.S.C. § 981(g).  Thomas Kelley, the purported owner of the defendant funds, has been indicted in the

in the Northern District of California on mail fraud and security fraud violations in connection with two

investment fraud scheme concerning victims throughout the United States, including the Bay Area..  The

underlying criminal activity alleged in the criminal case, which is captioned *United States v. Thomas*

*Kelly, et al,* CR 06-00533 SI,  forms, in large part, the basis for the forfeiture allegations in the

government's complaint for forfeiture.  Consequently, the parties agree that a stay in the forfeiture

proceeding is appropriate in order to preserve Mr. Kelly's  right against self-incrimination in the related

criminal matter.  In reviewing the docket sheet for the criminal matter, the parties are advised that the

STIPULATION RE STAY OF FORFEITURE PROCEEDINGS
(THOMAS KELLY)

*1*

1  matter is currently scheduled for a status conference on July 13, 2007.  The parties thus request that

2  matter be stayed pending resolution of the related criminal prosecution against Mr. Kelley.   In addition,

3  since the criminal matter (which was filed in advance of this action)  is currently pending before a

4  different judge in this district, the parties believe that judicial economy would be best served if the

5  matters were related to the same judge.  To that end, the parties will file (contemporaneously with this

6  stipulation) a motion seeking the court's determination as to whether the matters should be related and

7  before one judge.   Accordingly, the parties request that the case management conference currently set

8  for July 2, 2007, at 1:30 p.m. be vacated and that the matter be set for status in approximately 90-120

9  days .

10       Government counsel states that she had discussed the contents of this statement with Stephen G.

11 Frye, counsel for Thomas Kelly in the related criminal action.  Mr. Frye agrees with the contents of this

12 statement and, on behalf of Mr. Kelly, has authorized government counsel to sign this stipulation for him.

13 DATED:  6/28/07                DATED:  6/28/07

14

15

16 STEPHANIE M. HINDS            STEPHEN G. FRYE
   Assistant United States Attorney    Attorney for Thomas Kelly

17

18       IT IS HEREBY ORDERED:

19

20       Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture

21 action is stayed in light of the pending related criminal prosecution of Thomas Kelly.  The case

22 management conference scheduled for July 2, 2007, at 1:30 p.m. is vacated.  The matter is continued to

23 10/22/07      for status.

24

25 DATED:   06/29/07

26 THELTON E. HE____
   United States Distr____

27

28                                           Judge Thelton E. Henderson

STIPULATION RE STAY OF FORFEITURE PROCEEDINGS                                        2
(THOMAS KELLY)