1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
7  Facsimile: (415) 436-6748
   email:    stephanie.hinds@usdoj.gov
8
   Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO VENUE
13
14 UNITED STATES OF AMERICA,        )   No. C 07-1702 SI
                                    )
15         Plaintiff,                )
                                    )
16    v.                             )   **REQUEST AND [PROPOSED] ORDER
                                    )   RE DISMISSAL**
17 $20,000 IN UNITED STATES CURRENCY,)
                                    )
18         Defendant.                )
                                    )

19    Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, plaintiff hereby requests a
20 dismissal of the instant action. Plaintiff's request is predicated on the representations made by
21 Thomas Kelly, the owner of the funds, in the plea agreement filed in the related criminal action
22 captioned United States v. Thomas Kelly, CR 06-00533 SI, currently pending in this district.
23 Specifically, Thomas Kelly agreed that these seized funds could be applied towards his
24 restitution obligations in the criminal case. Accordingly, the government agrees to forego this
25
26
27 //
28

**REQUEST AND [PROPOSED] ORDER
RE DISMISSAL
(07-1702 SI)**                                                                               *1*

forfeiture action in favor of restitution in the related criminal case.

DATED: October 15, 2007          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

## [PROPOSED] ORDER RE DISMISSAL

Upon plaintiff's request, and good cause appearing, the Court hereby dismisses the instant action. Each party is to bear their own fees and costs in this action.

IT IS SO ORDERED.

DATED:

SUSAN ILLSTON
United States District Judge

REQUEST AND [PROPOSED] ORDER
RE DISMISSAL
(07-1702 SI)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- Request and Proposed Order re Dismissal

by U. S. first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

Mr. Stephen G. Frye
633 W. 5th Street, Suite 2800
Los Angeles, CA 90071-2039
Attorney for Thomas Kelly

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 16th day of October, 2007, at San Francisco, California.

*Carolyn Jusay*
CAROLYN JUSAY
Legal Assistant
Asset Forfeiture Unit